FRANKLIN T. CONDIT, PLAINTIFF-RESPONDENT, v. DIRECTOR OF MOTOR VEHICLES OF THE STATE OF NEW JERSEY, DEFENDANT-PETITIONER.

See same case below: 98 *N. J. Super.* 295.

*Mr. Charles J. Kahwaty* for the petitioner.

*Mr. Burton C. Pariser* for the respondent.

February 27, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT. v. ANTHONY J. CARRATURA, DEFENDANT-PETITIONER.

*Mr. Abraham Miller* and *Mr. Gerald D. Miller* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Barry H. Evenchick* for the respondent.

February 27, 1968. Denied.

JOSEPH MICHAEL CHEEKS, PLAINTIFF-PETITIONER, v. THE CITY OF ENGLEWOOD, DEFENDANTS AND THIRD-PARTY PLAINTIFF-RESPONDENTS, v. WOODY LIONEL JACKSON, SR., THIRD-PARTY DEFENDANT.

*Messrs. Brenner, New & Brenner* for the petitioner.

*Messrs. Moskin & Weintraub, Messrs. Breslin & Breslin* and *Messrs. Conway & Leary* for the respondents.

February 27, 1968. Denied.